# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 19, 2025

Lyle W. Cayce
Clerk

No. 24-11069
Summary Calendar

———————

Bradley B. Miller,

*Plaintiff—Appellant*,

*versus*

Virginia Talley Dunn,

*Defendant—Appellee*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-1696

———————————————————

Before Dennis, Engelhardt, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Miller and Dunn have been engaged in a protracted child-custody dispute since 2013. In 2022, Dunn filed in Texas state court an Original Petition for Change of Name of Child. Miller removed the proceeding to federal court and moved to recuse the district judge. The district court denied the motion and remanded the case to state court.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10069

Reviewing the briefs and the record, we discern no error in the district court's disposition. *See Miller v. Dunn*, 774 F.Supp. 3d 806 (N.D. Tex. Mar. 27, 2024).

AFFIRMED.